**Order entered April 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01300-CR

### CHARLES EDWARD SIELOFF, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-35795**

## ORDER

Before the Court is appellant's "motion to transfer court reporter's record from" in which he requests the Court to "transfer the Reporter's Record that was filed in *Seiloff v. State*, No. 05-12-abate this appeal pending the preparation of a reporter's record of a hearing held in the case." Appellant's motion is **DENIED** as moot. The record in cause number 05-12-01096-CR has previously been transferred into the above-numbered appeal.

/s/     DAVID L. BRIDGES
        PRESIDING JUSTICE